**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BRADLEY OPPEDAHL,<br><br>             Plaintiff,<br><br>        v.<br><br>ORANGE COUNTY HEALTHCARE<br>AGENCY, et al.,<br><br>             Defendants. | No. SACV 13-1388-MWF(CW)<br><br>ORDER ACCEPTING REPORT AND<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report and Recommendation have been received. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

1

**IT IS THEREFORE ORDERED** that judgment be entered dismissing the action, without prejudice, for failure to prosecute and on grounds discussed in the Memorandum and Order filed November 15, 2013 (docket no. 9).

DATED: February 6, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge