JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRADLEY OPPEDAHL, | No. SACV 13-1388-MWF(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| ORANGE COUNTY HEALTHCARE AGENCY, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: February 6, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge